UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG JACQUELINE NGUYEN GARDNER,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEVRON CAPITAL CORPORATION,<br><br>    Defendant. | Case No. 15-cv-01514-JD<br><br>**ORDER GRANTING STIPULATION TO SET HEARING DATE FOR MOTION TO DISMISS**<br><br>Re: Dkt. No. 14 |

The hearing on defendant's motion to dismiss (Dkt. No. 10) is continued from May 27, 2015, to June 17, 2015, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 19, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG JACQUELINE NGUYEN GARDNER,<br><br>            Plaintiff,<br><br>    v.<br><br>CHEVRON CAPITAL CORPORATION,<br><br>            Defendant. | Case No.  15-cv-01514-JD<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on May 19, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hong Jacqueline Nguyen Gardner
632 Via Rialto Road
Oakland, CA 94619


Dated: May 19, 2015


Richard W. Wieking
Clerk, United States District Court


By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2