ROGERS JOSEPH O'DONNELL
Robert C. Goodman (State Bar No. 111554)
rgoodman@rjo.com
Nicholas T. Niiro (State Bar No. 281762)
nniiro@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
CHEVRON CAPITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hong Jacqueline Nguyen Gardner, Trustee of Avalon Nguyen Gardner Trust UTA Dated 8/17/2010,<br><br>Plaintiff,<br><br>vs.<br><br>Chevron Capital Corporation dba ChevronTexaco Capital Corporation and Does 1 Through 10,<br><br>Defendant. | Case No. 3:15-cv-01514-JD<br><br>**STIPULATION AND ORDER TO SET DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  April 2, 2015<br><br>Honorable James Donato |

**DECLARATION OF NICHOLAS T. NIIRO**

      1.     I am an associate with the law firm, Rogers Joseph O'Donnell, attorneys for Defendant Chevron Capital Corporation ("Chevron Capital").  I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto.

      2.     On April 8, 2015, the Court issued an order reassigning this case to Judge Donato and setting the Case Management Conference ("CMC") for July 22, 2015, at 1:30 p.m.  Dkt. No. 9.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    3.      On June 11, 2015, the Clerk issued a notice continuing the CMC to

2    August 12, 2015, at 1:30 p.m.  Dkt. No. 18.

3    4.      On July 22, 2015, the Clerk issued a notice continuing the CMC to

4    October 7, 2015, at 1:30 p.m.  Dkt. No. 22.

5    5.      Judge Donato's Standing Order for Civil Cases requires lead counsel to

6    be present at the CMC.  Standing Order, ¶ 7.  Lead counsel for Chevron Capital is unavailable

7    on October 7 and 14, 2015.  I have conferred with Plaintiff Hong Jacqueline Nguyen Gardner,

8    Trustee of Avalon Nguyen Gardner Trust UTA Dated 8/17/2010, who has agreed to continue

9    the hearing to October 21, 2015, at 1:30 p.m.

10   6.      This continuance would have a minimal effect on the schedule for the

11   case.

12   7.      Therefore, the parties to this action respectfully request that the Court

13   continue the CMC to October 21, 2015, or such other date that is convenient for the Court.

14   I declare under the penalty of perjury that the foregoing is true and correct.

15   Executed this 27th day of July 2015 in San Francisco, California.

16                                ROGERS JOSEPH O'DONNELL

17

18   By:      /s/ Nicholas T. Niiro
             NICHOLAS T. NIIRO

19

20   IT IS HEREBY STIPULATED pursuant to Local Rules 6-1(b) and 6-2(a), by

21   the parties to this action, as follows:

22   The CMC, currently set for October 7, 2015, shall be set for October 21, 2015,

23   or such other date as ordered by the Court.

24

25   Dated:  July 27, 2015              **PLAINTIFF IN PRO PER**

26                                By:      /s/ Hong Gardner
                                          HONG JACQUELINE NGUYEN
27                                        GARDNER

28

United States District Court
Northern District of California

1

2      Dated:  July 27, 2015                    **ROGERS JOSEPH O'DONNELL**

3
                                          By:       /s/ Nicholas T. Niiro
4                                                 NICHOLAS T. NIIRO

5                                                 Attorneys for Defendant
                                                  CHEVRON CAPITAL CORPORATION
6

7              I attest that concurrence in the filing of this document has been obtained from

8      Hong Jacqueline Nguyen Gardner, Plaintiff in pro per.

9
                                          By:       /s/ Nicholas T. Niiro
10                                                NICHOLAS T. NIIRO

11                                                Attorneys for Defendant
                                                  CHEVRON CAPITAL CORPORATION
12

13                                        **ORDER**

14             The Case Management Conference is hereby set for October 21, 2015, at 1:30

15     p.m.

16

17             **IT IS SO ORDERED.**

18

19     Dated: July 28, 2015              By _____

20                                            HONORABLE JAMES DONATO
                                              U.S. DISTRICT COURT JUDGE
21

22     ⎯

23

24

25

26                                        _____

27

28

                                          3

United States District Court
Northern District of California

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

HONG JACQUELINE NGUYEN
GARDNER,

Plaintiff,

v.

CHEVRON CAPITAL CORPORATION,

Defendant.

Case No.   15-cv-01514-JD

**CERTIFICATE OF SERVICE**

9

10

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

District Court, Northern District of California.

12

13

14

15

16

That on July 28, 2015, I SERVED a true and correct copy(ies) of the attached, by placing

said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

receptacle located in the Clerk's office.

17

18

Hong Jacqueline Nguyen Gardner
632 Via Rialto Road
Oakland, CA 94619

19

20

21

Dated: July 28, 2015

22

23

24

25

26

27

28

Richard W. Wieking
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

4