UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG JACQUELINE NGUYEN GARDNER,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEVRON CAPITAL CORPORATION,<br><br>    Defendant. | Case No. 15-cv-01514-JD<br><br>**ORDER TO SHOW CAUSE** |

At 10:00 a.m. this morning, Wednesday, December 2, 2015, the Court called this case for a hearing on defendant's motion to dismiss (Dkt. No. 30) and a case management conference. Counsel for plaintiff did not appear.

This absence was unexcused. Plaintiff's counsel's "ex parte request to permit late CourtCall appearance or reschedule hearing date" (Dkt. No. 37) was not filed until 9:29 a.m., just 31 minutes before the scheduled hearing. The Court notes that counsel's business address is located in Aptos, California, which is approximately 80 miles away from the courthouse. The inexplicably late-filed "ex parte request" by no means excused plaintiff's counsel's appearance at the hearing and it is terminated as moot. The failure to appear violates the Court's standing order for civil cases.

Plaintiff's counsel Donald C. Schwartz is ordered to show cause in writing why the Court should not impose monetary sanctions pursuant to its inherent powers for his failure to appear at a noticed hearing and case management conference in this matter. Mr. Schwartz's response to this order is due by 12:00 p.m. on Friday, December 4, 2015. He is also required to show this Order to his client and confirm to the Court that he did.

**IT IS SO ORDERED.**

Dated: December 2, 2015

_____
JAMES DONATO
United States District Judge