UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG JACQUELINE NGUYEN GARDNER,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CAPITAL CORPORATION,<br><br>Defendant. | Case No. 15-cv-01514-JD<br><br>**ORDER RE SANCTIONS**<br><br>Re: Dkt. Nos. 39, 41 |

The Court issued an order directing plaintiff's attorney Donald C. Schwartz to "show cause in writing why the Court should not impose monetary sanctions pursuant to its inherent powers for his failure to appear at a noticed hearing and case management conference in this matter" on Wednesday, December 2, 2015.  Dkt. No. 39.

In his response to the Order to Show Cause, Dkt. No. 41, Mr. Schwartz sets forth a mass of irrelevant facts in an unprofessional and discourteous tone, and fails to show good cause for his unexcused failure to appear.  Mr. Schwartz is consequently sanctioned in the amount of **$300.00**, to be paid to the Clerk of the Court, Office of the Clerk, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102-3489, by **January 15, 2016**.  The Court expects that it will not see from Mr. Schwarz any more unexcused absences or filings that resemble his OSC response in tone and content.  The Court will impose more serious disciplinary measures if that is not the case.

**IT IS SO ORDERED.**

Dated:  December 9, 2015

_____
JAMES DONATO
United States District Judge