UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG JACQUELINE NGUYEN GARDNER,<br><br>        Plaintiff,<br><br>   v.<br><br>CHEVRON CAPITAL CORPORATION,<br><br>        Defendant. | Case No. 15-cv-01514-JD<br><br>**JUDGMENT** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. The Court has granted defendant's motion to dismiss and denied all relief to plaintiff.

**IT IS SO ORDERED.**

Dated: July 19, 2016

Susan Y. Soong
Clerk, United States District Court

_____
Lisa R. Clark
Deputy Clerk to the Honorable James Donato